JMH:ML
F. #2023R00431

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
\*   SEPTEMBER 5, 2023   \*
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

HASHEEM MOSES-LOGAN,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

S U P E R S E D I N G
I N D I C T M E N T

Cr. No. 23-336 (S-1) (LDH)
(T. 18, U.S.C., §§ 981(a)(1)(C), 2113(a),
2113(d) and 3551 et seq.; T. 21, U.S.C.,
§ 853(p); T. 28, U.S.C., § 2461(c))

THE GRAND JURY CHARGES:

### BANK ROBBERY

1.     On or about May 13, 2023, within the Eastern District of New York and elsewhere, the defendant HASHEEM MOSES-LOGAN did knowingly and intentionally take by force, violence and intimidation, from the person and presence of one or more employees of a bank, to wit: a branch of TD Bank located at 78-01 Queens Boulevard in Queens, New York, money belonging to and in the care, custody, control, management and possession of said bank, the deposits of which were insured by the Federal Deposit Insurance Corporation, and, in committing such offense, assault and put in jeopardy the life of one or more persons by the use of a dangerous weapon.

(Title 18, United States Code, Sections 2113(a), 2113(d) and 3551 et seq.)

### CRIMINAL FORFEITURE ALLEGATION

2.     The United States hereby gives notice to the defendant that, upon his conviction of the offense charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section

2461(c), which require any person convicted of such offense to forfeit any property, real or personal, constituting, or derived from, proceeds obtained directly or indirectly as a result of such offense.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been comingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

_____
FOREPERSON

By /s/ Kristin Jun, A.U.S.A.
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2023R00431
FORM DBD-34
JUN. 85

No. 23-336 (S-1) (LDH)

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

HASHEEM MOSES-LOGAN,

Defendant.

# SUPERSEDING INDICTMENT

(T. 18, U.S.C., §§ 981(a)(1)(C), 2113(a), 2113(d) and 3551 et seq.; T. 21, U.S.C., § 853(p); T. 28, U.S.C., § 2461(c))

*A true bill.*

_____*Mary Beth Glickman*_____
                                            *Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
                                                  *Clerk*

Bail, $ _____

_____

*Megan Larkin, Assistant U.S. Attorney (718) 254-6248*